AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Daphne Kasperek

Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00102
Assigned To : Harvey, G. Michael
Assign. Date : 3/21/2024
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daphne Kasperek,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1): Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2): Disorderly and Disruptive Conduct in a Restricted building or Grounds;
40 U.S.C. § 5104(e)(2)(D): Disorderly and Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G): Parading, Demonstrating, or Picketing in any Capitol Building

Date: 03/21/2024

*Issuing officer's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/21/24, and the person was arrested on *(date)* 3/28/24
at *(city and state)* Sterling, Virginia.

Date: 3/28/24

*Arresting officer's signature*

Ashley Roberts/Special agent
*Printed name and title*