UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 1:24-mj-102-GMH |
| v. | ) |
| | ) |
| THOMAS KASPEREK, DAPHNE KASPEREK, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO TRAVEL**

Thomas Kasperek and Daphne Kasperek, by counsel, move the Court for an order permitting them to travel outside the country on two occasions.

The Kaspereks were charged on March 21, 2024 with four misdemeanor offenses in connection with the Capitol riot. ECF No. 1. Daphne Kasperek, 58, is a physician and her husband Thomas, 67, is a pastor and counselor. They have no criminal history. Before the charges were filed in this case, the Kaspereks made arrangements to attend two weddings in Canada: the first, between May 26 and June 2 in Toronto; the second, between August 19 and August 26 in Calgary. Between travel expenses and hotel accommodations, the Kaspereks had spent over $7,000 on the two trips combined. The weddings involve relatives of Daphne Kasperek.

Counsel for the Kaspereks contacted the government to see whether it would oppose this motion to travel. In response, counsel received an email indicating that the Assistant United States Attorney assigned to this matter will be out of the office through Monday, May 13. The Kaspereks file this motion now given the approaching travel dates at issue.

1

The Court has granted motions to travel outside the United States filed by defendants in the Capitol riot investigation, including at least one defendant charged with felony offenses, unlike the Kaspereks.  *E.g.*, *United States v. Jennifer Cudd*, 21-cr-68-TNM, ECF No. 21.  In *Cudd*, for example, the defendant was granted permission to travel to Riviera Maya, Mexico, for a "work-related bonding retreat for employees and their spouses." *Id.*, ECF No. 13.  In contrast, the Kaspereks more prosaically seek to attend the weddings of family members in Canada.

Accordingly, the Kaspereks respectfully move the Court for an order permitting them to travel to Toronto between May 26 and June 2 and Calgary between August 19 and August 26.

Dated: May 6, 2024                              Respectfully submitted,


/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Counsel for the Defendants*

**Certificate of Service**

I hereby certify that on the 6th day of May, 2024, I filed the foregoing motion with the Clerk of Court using the CM/ECF system which will notify counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com